**No. 52726.**—Best & Co., Inc. *v.* United States, protests 139708–K and 140185–K (New York).

Opinion by RAO, J.   It was stipulated that the merchandise covered by entries 755965 and 745520 is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

BEFORE THE THIRD DIVISION, DECEMBER 9, 1948

**No. 52727.**—Air Express International, Inc. *v.* United States, protest 138925–K (Los Angeles).

Opinion by CLINE, J.   An examination of the record failing to disclose evidence to overcome the presumption of correctness attaching to the collector's decision, the protest was overruled.

**No. 52728.**—Dal, Inc., et al. *v.* United States, protests 21503–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.